AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:20MJ4203-JDG |
| | ) | |
| | ) | |
| Tandre Buchanan Jr. | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**

7:17 pm Jun 11 2020

**Clerk U.S. District Court
Northern District of Ohio
Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 30, 2020__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, Section 1951 | Interference with commerce by robbery |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

SA William L. Hasty, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed.R.Crim.P. 4.1, 41(d)(3)

Date: 06-11-2020

*Judge's signature*

City and state: Cleveland, Ohio

Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*