AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:20-mj-04203 |
| Tandre Buchanan, Jr. ) | |
| ) | |
| *Defendant* ) | |

**ORDER SCHEDULING PRELIMINARY AND DETENTION HEARINGS**

The preliminary and detention hearings in this case are scheduled as follows:

| Place: 801 West Superior Avenue<br>Cleveland, Ohio 44113 | Courtroom No.: via video conference |
|---|---|
| | Date and Time: 6/18/20 12:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 06/12/2020

s/Willaim H. Baughman Jr.
*Judge's signature*

William H. Baughman Jr., United States Magistrate Judge
*Printed name and title*